STATE OF NORTH CAROLINA   IN THE GENEREAL COURT OF JUSTICE  FILED
COUNTY OF MECKLENBURG   SUPERIOR COURT DIVISION
23-CVS-7397    2023 MAY -2 ᴅ 2:58
MECKLENBURG CO. C.S.C
BY

Terry Creech

    Plaintiff,

Vs.                                                  **COMPLAINT**
                                                 **(Jury Trial Demanded)**

Charlotte Area Transit System,
City of Charlotte.

    Defendants.

_____

COMPLAINT

Plaintiff Terry Creech, by and through counsel, brings this action against Charlotte Area Transit System (CATS) and City of Charlotte (collectively, "Defendants"), and alleges as follows:

PARTIES

1. Plaintiff Terry Creech is an individual and resident of Mecklenburg County, North Carolina.
2. Defendant Charlotte Area Transit System (CATS) is a public transportation system operated by the City of Charlotte, North Carolina.
3. Defendant City of Charlotte is a municipal corporation organized and existing under the laws of the State of North Carolina.

JURISDICTION AND VENUE

4. This Court has jurisdiction over this matter pursuant to North Carolina General Statutes § 1-75.4.
5. Venue is proper in this district pursuant to North Carolina General Statutes § 1-82 and § 7A-311(a)(1) because the events giving rise to Plaintiff's claims occurred in Mecklenburg County, North Carolina.

Facts:

1. Mr. Creech was employed with the city of charlotte in 2009.
2. In 2019 Mr. Creech joined the Charlotte Area Transit System as a Rail Controller
3. That CATS has been entrusted by the public to operate safe and competent transit lines.
4. CATS is subject to the laws of North Carolina, CATS Administrative Rules and Rail Controller Rulebook

**DEFENDANT'S EXHIBIT A**

5. The Rail Operations Control Center (ROCC) is a division within CATS organization.
6. Mr. Creech was employed to work in ROCC
7. ROCC has enumerated public policy for safe accountability to the public in the Rail Controller Expectations
8. That at all relevant times CATS was actively concealing public information relating to budget, equipment, and personnel
9. The job of rail controller is a high stress job and because of its dynamic nature require stress management efforts by employers
10. CATS failed to manage stressful working conditions and contributed to a hostile work environment
11. CATS further exacerbated its already hostile work environment by allowing a verbally abusive General Manager to harass employees
12. Mr. Creech attempted to raise concern about his stressful work environment and his abusive General Manager
13. Mr. Creech performed numerous work shifts as the SOLE controller in the ROCC
14. As a sole controller, Mr. Creech was tasked with monitoring two city rail lines, both security feeds, and multiple storage yards
15. As SOLE controller, Mr. Creech would often be unable to access his supervisors or anyone else for assistance.
16. The general public has a safety interest in the responsible execution of ROCC operations as rail lines through urban areas have a high probability of extensive damage.
17. As a matter of public policy, CATS rules expressly prohibit" falsifying any report, log, or record"
18. Public safety is directly linked to transparent and factual reporting by all CATS employees
19. The workplaces environment where Mr. Creech was employed was hostile and recklessly unsafe to the general public.
20. Mr. Creech was terminated unlawfully.
21. In May of 2022 General Manager and other conspirators carried out a fraudulent termination of Mr. Creech
22. All derailments are to be reported as a matter of public safety
23. In May of 2022, Mr. Creech reported a train derailment and followed protocol to redirect traffic and close the derailed line for inspection:
24. Mr. Creech was in fact working as the sole controller that night
25. Mr. Creech attempted to contact his supervisors but was unsuccessful for over an hour after the derailment occurred
26. General Manager and other conspirators, concealed evidence of the derailment
27. CATS was at this time actively concealing public information
28. In concealing this cover-up, general manager and other conspirators, referenced the derailment in question while terminating Mr. Creech but concealed further information from official records.
29. Mr. Creech was following public policy by reporting the derailment in relation to a legitimate public safety interest.
30. In direct violation of public policy, and CATS rules general manager and other conspirators falsified information.

31. In furtherance of this falsification of public records, general manager and other conspirators fraudulently accused Mr. Creech of Two safety violations in dealing with the derailment, while mischaracterizing to the general public that the in fact derailment was merely a "system error"
32. Company alleged that Mr. Creech committed a "safety error" because an operator did not wait for his proper clearance.
33. Company alleged that he errored in making a decision to divert traffic from the concealed derailment in question.
34. CATS CEO later admitted that no safety violations occurred
35. The "reasons" for Mr. Creech's termination were fraudulent to Mr. Creech and to the public
36. While concealing the facts of the derailment, CATS terminated Mr. Creech in a hostile manner and discredited him from any future employment with the city.
37. Mr. Creech was wrongfully discharged while carrying out a duty essential for public safety
38. Mr. Creech's employers were retaliating to the fact that Mr. Creech had properly reported notice of derailment per his obligations to CATS and the public

39. In retaliation, Mr. Creech was unlawfully terminated.

40. Employer egregiously violated a plethora of public policies

    Age and Race Protection:

41. Mr. Creech is protected against discrimination on the basis of his age and race

FMLA

42. Prior to the events of May 2022 Mr. Creech had exercised his right to care for his parents under FMLA
43. Mr. Creech was told he was no longer eligible for leave under FMLA because one of his parents had died.
44. The events of Mr. Creech's termination occurred in very close proximity to his return to work.

Claim for relief:

**Wrongful Termination in violation of Public Policy**

[Plaintiff incorporates by reference all facts alleged above]

**Hostile Work environment**

[Plaintiff incorporates by reference all facts alleged above]

45. Mr. Creech was harassed constantly and belittled while working.
46. Mr. Creech notified his superiors multiple times of this behavior

Intentional Interference with a contract

[Plaintiff incorporates by reference all facts alleged above]

**PUNITIVE DAMAGES**

[Plaintiff incorporates by reference all facts alleged above]

- Defendant's conduct, as alleged hereinabove, and to the extent the evidence may show, was committed deliberately, intentionally, purposefully, maliciously, and otherwise in a willful and wanton fashion, in violation of N.C. Gen. Stat §1D-1 et seq., and as such, Plaintiffs are entitled to punitive damages in such an amount as is deemed sufficient to punish and deter the Defendant and others from engaging in such further conduct.

WHEREFORE, the Plaintiff, P, prays the Court for the following relief:

1. That the Plaintiff, P, have and recover judgment against the Defendant, D, for compensatory damages in an amount *over* Ten Thousand Dollars ($10,000).

2. That Plaintiff be awarded any increased or treble damages or exemplary or punitive damages allowed by law;

3. That the cost of this action be taxed against the Defendant, D, including prejudgment interest pursuant to the North Carolina General Statutes Section 6 – 21;

4. That the Plaintiff be granted reasonable attorney's fees pursuant to North Carolina General Statutes Section 6 – 21;

5. That all issues triable by jury be so tried; and

6. For such other and further relief as the Court may deem just and proper.

Jonathan Metcalf, Esq.
Bar #: 45482
5309 Monroe Road. Ste. 112
Charlotte, NC 28205

# CERTIFICATE OF SERVICE

I hereby certify that the Complaint attached hereto were served on Defendants herein by mailing copies thereof to their _____ in an envelope addressed to him at the address indicated below with proper postage attached and deposited in an official depository maintained for that purpose under the exclusive care and custody of the United States Postal Service.

|  |  |
|---|---|
| Name: | Charlotte Area Transit System |
|  | City of Charlotte |
| Address: | 600 East Fourth St. |
| Zip: | Charlotte, NC 28202 |

This __4__ day of __May__, 2023

| STATE OF NORTH CAROLINA | File No. 23 CVD 7397 |
|---|---|
| Mecklenburg County | In The General Court Of Justice<br>☐ District  ☐ Superior Court Division |

**Name Of Plaintiff**
Jerry Creech

**Address**
407 Galena View Dr

**City, State, Zip**
Charlotte NC 28269

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

VERSUS

**Name Of Defendant(s)**
Charlotte Area Transit System
City of Charlotte

**Date Original Summons Issued**
May 2, 2023

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
Charlotte Area Transit System
600 E. 4th St. Charlotte NC 28202

**Name And Address Of Defendant 2**
City of Charlotte
600 E. 4th St
Charlotte, NC 28202

⚠️ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra!** Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
Jonathan Metcalf
5309 Monroe Rd. Ste 112
Charlotte NC 28205

**Date Issued:** 5-2-23  **Time:** 2:58 ☐ AM ☒ PM

**Signature:** [signature]
☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**  **Time** ☐ AM ☐ PM
**Signature**
☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

Side One Copy - Side Two Not Reproduced

lf Law Firm
Monroe Road Ste. 112
tte NC 28205



7022 2410 0000 3610 3940



US POSTAGE
$009.00
First-Class
ZIP 28211
05/04/2023

Charlotte Area Transit System
City of Charlotte
600 East Fourth St.
Charlotte, NC 28202

Remove ✕

**Tracking Number:**

# 70222410000036103940

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:27 am on May 10, 2023 in CHARLOTTE, NC 28202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**
CHARLOTTE, NC 28202
May 10, 2023, 7:27 am

See All Tracking History

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs